# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00597-CV

**Crystal Elizabeth De La Torre, Appellant**

**v.**

**Armando De La Torre, Jr., Appellee**

## FROM THE COUNTY COURT AT LAW NO. 3 OF WILLIAMSON COUNTY NO. 18-3333-FC3, THE HONORABLE DOUG ARNOLD, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due on November 14, 2019. Appellant's counsel has now filed an opposed motion for extension of time, requesting that the Court extend the time for filing appellant's brief in this accelerated appeal by 60 days. We grant the motion for extension of time and order appellant to file a brief no later than January 13, 2020. No further extension of time will be granted and failure to comply with this order may result in dismissal of this appeal. *See* Tex. R. App. P. 38.8(a).

It is ordered on November 27, 2019.

Before Chief Justice Rose, Justices Triana and Smith